THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER VILLA and SUSAN DAVIDSON, o/b/o themselves and others similarly situated, | : <br> : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION NO. 3:22-CV-1321 <br> : |
| v. | : (JUDGE MARIANI) <br> : <br> : |
| CARGILL MEAT SOLUTIONS CORP., | : <br> : |
| Defendant. | : |

## ORDER

**AND NOW**, this _2nd_ day of October 2024, upon consideration of Plaintiffs' Motion for Class Certification ("Motion") (Doc. 36) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion for Class Certification (Doc. 36) is **GRANTED**.

2. This action is certified pursuant to Federal Rule of Civil Procedure ("Civil Rule") 23(a) and 23(b)(3) for the following class: **All production workers who, during any week since July 12, 2019, were employed by Cargill at a Pennsylvania Plant, paid an hourly wage, and paid for working 40 or more hours during at least one week.** Based on the record presented, Plaintiffs have satisfied the four class certification requirements set forth in Civil Rule 23(a): numerosity; commonality; typicality; and adequacy of

1

representation. In addition, Plaintiffs have satisfied Civil Rule 23(b)(3)'s requirements that (i) common questions of law or fact "predominate over any questions affecting only individual members" and (ii) "a class action is superior to other available methods for the fair and efficient adjudication of the controversy."

3. Plaintiffs request to appoint Plaintiffs' counsel as class counsel is **GRANTED**.

4. The following law firms are **APPOINTED** Class Counsel pursuant to Civil Rule 23(g)(1): Winebrake & Santillo, LLC; the Community Justice Project; and Lichten & Liss-Riordan, P.C.

5. Plaintiffs' request to approve their proposed notice and notice protocols is **HELD IN ABEYANCE**.

6. The parties shall meet and confer to resolve issues related to the notice and notice protocols within twenty-one (21) days of the date of this Order.

7. The parties shall file a status report **within twenty-eight (28) days** of this Order regarding their meet and confer to attempt to resolve their differences regarding the notice and notice protocols.

Robert D. Mariani
United States District Judge